USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-5-26

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANAND SINGH,

Defendant.

SUPERSEDING INFORMATION

S1 25 Cr. 227 (VB)

**COUNT ONE**
**(Travel with Intent to Engage in Illicit Sexual Conduct)**

The United States Attorney charges:

1. From at least on or about December 13, 2022 through at least on or about December 17, 2022, in the Southern District of New York and elsewhere, ANAND SINGH, the defendant, traveled in interstate commerce and traveled into the United States, with intent to engage in illicit sexual conduct with another person, to wit, SINGH traveled from New York to New Jersey to engage in sexual acts with an individual SINGH believed to be a fourteen-year-old girl.

(Title 18, United States Code, Section 2423(b).)

**COUNT TWO**
**(Possession of Child Pornography)**

The United States Attorney further charges:

2. From at least in or about 2022 through at least in or about 2023, in the Southern District of New York and elsewhere, ANAND SINGH, the defendant, knowingly possessed and accessed with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and

foreign commerce by any means, including by computer, to wit, SINGH knowingly possessed a sexually explicit image of a minor in his residence in Tarrytown, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

**FORFEITURE ALLEGATION**

3. As a result of committing the offense alleged in Count One of this Information, ANAND SINGH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property, real or personal, that was used or intended to be used to commit or facilitation the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

4. As a result of committing the offense alleged in Count Two of this Information, ANAND SINGH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 2428 and 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney