UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA :
:
v. :
:
ANAND SINGH, :
Defendant. :

-----------------------------------------------------x

**ORDER**

25 CR 227 (VB)

The Judgment entered in this case on June 30, 2026, includes an order of restitution in the amount of $3,000. (Doc. #64). At sentencing, the government advised the Court that it would submit a proposed restitution order within thirty days, and the Judgment so indicated. However, on July 24, 2026, the government advised the Court that the victim does not seek and does not wish to receive restitution from the defendant. Accordingly, the Court "so ordered" the government's letter and vacated the restitution order. (Doc. #66).

The Clerk of Court has now advised the Court that prior to the government's letter of July 24, 2026, defendant Singh paid the $3,000 restitution amount in full to the Clerk.

Accordingly, the Clerk is directed to return the $3,000 to Mr. Singh.

Dated: September 9, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge